MANATT, PHELPS & PHILLIPS, LLP
DONALD R. BROWN (Bar No. CA 156548)
E-mail: dbrown@manatt.com
ALEXANDRA HILL (Bar No. CA 313249)
E-mail: AHill@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:  310.312.4000
Facsimile:   310.312.4224

Attorneys for Defendant
MATCH GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA KAHL, CAROLYN CLEM, LENELL TIMBERLAKE, and MICHAEL VOSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATCH GROUP, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 3:23-cv-985<br><br>**DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[Filed concurrently with:<br>(1) Notice of Removal;<br>(2) Declaration of Donald R. Brown;<br>(3) Declaration of James Potter;<br>(4) Declaration of Laurie Braddock;<br>(5) Civil Case Cover Sheet;<br>(6) Appendix of State Court Documents;<br>(7) F.R.C.P. 7.1 Disclosures;<br>(8) Proof of Service.] |

402002416.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendant Match Group, LLC ("Defendant") hereby submits this Certification and Notice as to Interested Parties.

The undersigned, counsel of record for Defendant, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Match Group Holdings II, LLC, Match Group Holdings I, LLC, and Match Group, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: March 3, 2023                    MANATT, PHELPS & PHILLIPS, LLP


                                        By:  /s/ Donald R. Brown
                                             Donald R. Brown
                                             Alexandra N. Hill
                                             Attorneys for Defendant
                                             MATCH GROUP, LLC

402002416.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                    CERTIFICATION AND NOTICE TO
                         INTERESTED PARTIES